IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| RICHARD JAMES STEWART )  <br>  ) <br> Plaintiff, ) <br>  ) Civil Action No. 3:11cv00205-HEH <br> v. ) <br>  ) <br> U.S. EXPRESS LEASING, INC., *et. al*., ) <br>  ) <br> Defendants. ) | |

**ORDER OF DISMISSAL**

The Plaintiff, Richard James Stewart, by Counsel, with the agreement of the Defendants and their Counsel, request that this Court enter this Order Dismissing this action pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and therefore, it is

ORDERED that this matter be and hereby is dismissed pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Entered this ____ day of _____, 2011.

_____
Judge, United States District Court for the Eastern
District of Virginia, Richmond Division

WE ASK FOR THIS:

_____/s/_____
Steven M. Frei, Esquire, VSB No. 32211
SICKELS, FREI & MIMS, P.C.
12120 Sunset Hills Road, Suite 150
Reston, Virginia  20190
(703) 925-0500
(703) 925-0501 Fax
Email: steve.frei@hallandsickels.com
*Counsel for Plaintiff*

John P. Harris, III, Esquire, Bar # 16858
1619 Jefferson Davis Highway
Fredericksburg, Virginia 22401
(540) 371-4941 - phone
(540) 371-4946 - fax
Email: john@johnharrislaw.com
*Co-counsel for* Plaintiff

SEEN and AGREED:

_____/s/_____
Jimmy F. Robinson, Jr., Esquire, VSB Bar No. 43622
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, Virginia  23219
(804) 697-1211
(804) 698-6029 Fax
Email: jimmy.robinson@troutmansanders.com
*Counsel for Defendant Kennis Hunter*